## Binding Term Sheet

This Binding Term Sheet summarizes the terms upon which Alan Boyer and Joel Plasco on the one hand ("Obligors"), and Dvash Aviation Holdings, LLC have reached agreement:

**Parties**: Alan Boyer ("Boyer"), a natural person, is domiciled in the State of Florida. Joel Plasco ("Plasco"), a natural person, is domiciled in the State of New York. Dvash Aviation Holdings, LLC ("Dvash"), is a Maryland limited liability company.

**Acknowledgment of Obligation**: Boyer and Plasco acknowledge and agree that they are obligated to Dvash for a total of $598,000. That obligation is comprised of the following components:

1. **$150,000**, the remaining balance of the $350,000 they owed for the refund of $350,00 paid by Dvash to JMD Aviation Holdings, for the benefit of Boyer and Plasco in November 2017 for ESN 752375, that was never delivered to Dvash.
2. **$40,000**, for the monthly lease payment for ESN 856293 in January 2018 that was supposed to be paid to Dvah, but was misdirected to Savannah Leasing, LLC, for the benefit of Boyer and Plasco.
3. **$408,000**, that was supposed to have been paid to Dvash for ESN721509, but which was misdirected to Savannah Leasing, LLC for the benefit of Boyer and Plasco.
4. Boyer and Plasco also acknowledge that they are in possession of, through one of their companies, ESN 856293 owned by Dvash, which has a current market value of approximately $300,000.

**Repayment guarantees of Boyer and Plasco**: Boyer and Plasco promise and personally guarantee the payment to Dvash of the following amounts in satisfaction of their acknowledged obligations:

1. By no later than December 31, 2021, they will cause a payment of $208,000 to be made to Dvash.
2. Upon the closing of the acquisition of Caribbean Sun Airlines, Inc. by World Atlantic Holdings, to be no later than November 30, 2021, World Atlantic Holdings, Inc., a Delaware corporation, will enter into a Consulting Services Agreement with Dvash, under which Dvash will be paid $25,000 per month for designated services for a period of 36 months. If the $208,000 payment identified in subparagraph 1, above, is made to Dvash in a timely manner, the term of the Consulting Agreement will be reduced to 24 months.
3. By no later than November 30, 2021, they will arrange for the lease or purchase of ESN 856293 from Dvash, at a price and under terms that are acceptable to Dvash.
4. Boyer and Plasco personally guarantee all of the payments detailed in subparagraphs 1 and 2 above, and the sale or lease of ESN 856293 as detailed in subparagraph 3.

**Suspense and Release of Demand for payment against Sideral/AMP Leasing:** For so long as payments are being made to Dvash in accordance with Boyer and Plasco's promises and guarantee in this binding term sheet, Dvash will suspend the Demand for payment of $408,000 it made on Sideral/AMP Leasing under the ELPA for ESN 721509. Upon the payment to Dvash of a total of $600,000 under any combination of payments pursuant to this binding term sheet, Dvash will withdraw its Demand for payment of $408,000 from AMP Leasing, and will provide a fully executed Bill of Sale to AMP Leasing pursuant to the ELPA between Dvash and AMP Leasing for ESN 721509.

**Choice of law, jurisdiction and prevailing party recovery:** Boyer, Plasco and Dvash agree that this binding term sheet shall be governed by and interpreted in accordance with the laws of the State of Florida; that venue for the pursuit of any claims under this binding term sheet shall be in the State of Florida; and that the prevailing party in any action or dispute under this binding term sheet shall be entitled to recover all attorneys fees and costs incurred in the pursuit or defense of any claim, including pre-litigation activity, all aspects of litigation, including trial, appeal and any post judgment collection efforts.

**Agreed and accepted:**

_____   Date: 10.28.2021
Alan Boyer

_____   Date: 10.28.2021
Joel Plasco

Dvash Aviation Holdings, LLC

_____   Date: 10/28/21
David J. Butler, Managing Member