AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Dvash Aviation Holdings, LLC <br><br> *Plaintiff(s)* <br> v. <br> David Alan Boyer a/k/a Alan Boyer <br> and <br> Joel Plasco <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-61147-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Alan Boyer
a/k/a Alan Boyer
3135 Sheridan Ave.
Miami, FL 33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Maurice VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy
#665
Henderson, Nevada 89012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 9, 2025



Angela E. Noble
Clerk of Court

SUMMONS

s/ B. Chin
Deputy Clerk
U.S. District Courts