IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | |
|---|---|
| DVASH AVIATION HOLDINGS, LLC, | ) |
| | ) Case No. 0:25-cv-61147-WPD |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DAVID ALAN BOYER | ) |
| a/k/a ALAN BOYER | ) |
| | ) |
| and | ) |
| | ) |
| JOEL PLASCO, | ) |
| | ) |
| Defendants. | ) |

**Notice of Filing Proposed Summons**

Comes now Dvash Aviation Holdings, LLC ("Dvash"), by and through undersigned counsel, and gives notice of its filing the attached proposed summons to Joel Plasco, attached hereto as Exhibit A.

Respectfully Submitted,

THE VERSTANDIG LAW FIRM, LLC

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. 76723
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012
Telephone: (301) 444-4600
E-mail: mac@mbvesq.com
*Counsel for Dvash Aviation Holdings, LLC*

1