IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | | |
|---|---|---|
| DVASH AVIATION HOLDINGS, LLC, | ) | |
| | ) | Case No. 0:25-cv-61147-WPD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ALAN BOYER | ) | |
| a/k/a ALAN BOYER, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**<u>Motion to Extend Time to Serve David Alan Boyer</u>**

Comes now Dvash Aviation Holdings, LLC ("Dvash"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 4(m), and moves to extend the time in which to serve David Alan Boyer ("Mr. Boyer"), and in support thereof states as follows:

This suit was filed on June 9, 2025, DE #1, and a summons was issued to Mr. Boyer the same day, DE #3. Commencing eleven days later, Dvash—through a third party process server—has made five separate efforts to effectuate service of process on Mr. Boyer at the address understood to be his home. Each such attempt has been unsuccessful.

Dvash's understanding of Mr. Boyer's home address is derived from a combination of public records. Equally, however, Dvash recognizes that Mr. Boyer may have relocated (or, alternatively, may simply be evading service). With a commitment to follow through and pursue a judgment in this suit, however, Dvash strongly desires to endeavor to continue to review records, and cull appropriate information, in an ongoing effort to either (i) locate and serve Mr. Boyer; or (ii) obtain evidence sufficient to suggest the evasion of service and ask this Honorable Court to authorize service via alternative means.

Accordingly, pursuant to the allowances of Federal Rule of Civil Procedure 4(m), Dvash respectfully asks this Honorable Court allow an additional ninety (90) days in which to serve Mr. Boyer with the complaint and summons in this case.

        Respectfully Submitted,

        THE VERSTANDIG LAW FIRM, LLC

        /s/ Maurice B. VerStandig
        Maurice B. VerStandig
        Bar No. 76723
        1452 W. Horizon Ridge Pkwy., #665
        Henderson, Nevada 89012
        Telephone: (301) 444-4600
        E-mail: mac@mbvesq.com
        *Counsel for Dvash Aviation Holdings, LLC*