UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61147-CIV-DIMITROULEAS

DVASH AVIATION HOLDINGS, LLC,

     Plaintiff,

vs.

DAVID ALAN BOYER a/k/a ALAN BOYER,

     Defendant.

_____/

## ORDER DENYING MOTION WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Defendant's Motion for Extension of Time to Serve David Alan Boyer, filed September 8, 2025. [DE 10] (the "Motion"). The Court has considered the Motion and is otherwise fully advised in the premises.

Pursuant to the requirements of S.D. Fla. L.R. 7.1(a)(1), Defendant's "motion when filed and served shall incorporate a memorandum of law citing supporting authorities." L.R. 7.1(a)(1). The instant Motion fails to include the memorandum of law citing supporting authorities pursuant to Local Rule 7.1(a)(1). *See* [DE 10]. The Motion is not of the type excluded from the requirement. *See* L.R. 7.1(a)(1) (listing exceptions to the requirement).

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 10] is hereby **DENIED WITHOUT PREJUDICE** to file a motion that complies with the requirements of S.D. Fla. L.R. 7.1(a)(1).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of September, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to: Counsel of record