UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25- 61147-CIV-DIMITROULEAS

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

vs.

DAVID ALAN BOYER and JOEL PLASCO,

    Defendants.
_____/

### ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiff filed a Complaint on June 9, 2025 [DE 1], yet there is no indication Defendant David Alan Boyer has been served. Plaintiff moved for an extension of time to serve Defendant David Alan Boyer on September 8, 2025; the motion was denied without prejudice for failure to comply with rule S.D. Fla. L.R. 7.1(a)(1) and include a memorandum of law citing supporting authorities.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **October 2, 2025**, Plaintiff shall either perfect service upon Defendant David Alan Boyer, show that service has already been made, or show good cause why service has not been perfected.  Failure to timely respond will result in immediate dismissal of Defendant David Alan Boyer without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of September, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record