UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25- 61147-CIV-DIMITROULEAS

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

vs.

DAVID ALAN BOYER and JOEL PLASCO,

    Defendants.
_____/

## ORDER STAYING ACTION AS TO DEFENDANT JOEL PLASCO ONLY

THIS CAUSE is before the Court upon the Suggestion of Bankruptcy [DE 9], filed herein on July 20, 2025, reflecting that Defendant John Reardon has filed a filed a petition for chapter 7 relief in the United States Bankruptcy Court for the Southern District of New York, case number 25-10684-jpm. The Court has carefully considered the filing, the record, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is hereby **STAYED** as to Defendant Joel Plasco only; and

2. Defendant Joel Plasco shall file a status report as to the status of the bankruptcy proceedings on **November 3, 2025**, and every ninety (90) days thereafter.

**DONE AND ORDERED** in Chambers, at Ft. Lauderdale, Broward County, Florida, this 25th day of September, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record