UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25- 61147-CIV-DIMITROULEAS

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

vs.

DAVID ALAN BOYER and JOEL PLASCO,

    Defendants.
_____/

### ORDER DISMISSING PARTY FOR PLAINTIFF'S FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE; ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiff filed a Complaint on June 9, 2025 [DE 1], yet there is no indication Defendant David Alan Boyer has been served. Plaintiff moved for an extension of time to serve Defendant David Alan Boyer on September 8, 2025; the motion was denied without prejudice for failure to comply with rule S.D. Fla. L.R. 7.1(a)(1) and include a memorandum of law citing supporting authorities.

On September 25, 2025, the Court entered an Order to Show Cause, requiring Plaintiff to perfect service on Defendant David Alan Boyer on or before **October 2, 2025** show that service has already been made, or show good cause why service has not been perfected. [DE 12]. The Court stated that "Failure to timely respond will result in immediate dismissal of Defendant David Alan Boyer without prejudice." *Id.*

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant David Alan Boyer is **DISMISSED WITHOUT PREJUDICE.**

2. Defendant Joel Plasco is the only remaining Defendant. The Court stayed the action against Joel Plasco pursuant to the Suggestion of Bankruptcy filed at [DE 9] and required a status report by November 3, 2025, and every ninety (90) days thereafter.

3. Therefore, the clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.

4. Plaintiff shall file a status report regarding the status of Joel Plasco's bankruptcy proceedings and this case on November 3, 2025, and every ninety (90) days thereafter.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of October, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record