IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | | |
|---|---|---|
| DVASH AVIATION HOLDINGS, LLC, | ) | |
| | ) | Case No. 0:25-cv-61147-WPD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ALAN BOYER | ) | |
| a/k/a ALAN BOYER, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Voluntary Dismissal Without Prejudice**

Comes now Dvash Aviation Holdings, LLC ("Dvash"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and gives notice of its dismissal of the above-captioned proceeding *without prejudice*.

Respectfully Submitted,

THE VERSTANDIG LAW FIRM, LLC

/s/ Maurice B. VerStandig
Maurice B. VerStandig
Bar No. 76723
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012
Telephone: (301) 444-4600
E-mail: mac@mbvesq.com
*Counsel for Dvash Aviation Holdings, LLC*