UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61147-CIV-DIMITROULEAS

DVASH AVIATION HOLDINGS, LLC,

    Plaintiff,

vs.

DAVID ALAN BOYER a/k/a ALAN BOYER, et al,

    Defendants.
_____/

### ORDER APPROVING VOLUNTARY DISMISSAL; CLOSING CASE

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal Without Prejudice [DE 15], filed herein on November 3, 2025. The Court has carefully reviewed the above notices and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The notice [DE 15] is hereby **APPROVED**.

2. The case is **DISMISSED without prejudice**.

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 4th day of November, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record